Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: rperkins@swlaw.com
       atully@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01485-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO SFR INVESTMENT POOL 1, LLC'S MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Plaintiff U.S. Bank National Association and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiff to respond to SFR's Motion to Dismiss pursuant to FRCP 12(b)(6) [ECF Doc. 18] ("Motion").  The Motion was filed August 28, 2017.  This is the second request for an extension of time to respond to the Motion.  The original deadline for responses to the Motion was September 11, 2017.  The Parties agreed to extend the deadline to October 2, 2017 [ECF Doc. 23].  The Parties have agreed that the new deadline for Plaintiff should be October 9, 2017.

4816-6102-8433

WHEREAS, Plaintiff requires a short extension of time to review the Motion and related documents and evaluate the arguments therein;

WHEREAS, Plaintiff requested, and SFR agreed, to extend the time for Plaintiff to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiff shall have until October 9, 2017 to respond to the Motion.

2. SFR shall have until October 30, 2017 to reply in support of the Motion.

Dated: September 28, 2017

SNELL & WILMER L.L.P.

By: */s/ Adam Tully*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Adam Tully, Esq. (NV Bar No. 13601)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for U.S. Bank National Association*

Dated: September 28, 2017

KIM GILBERT EBRON

By: */s/ Diana S. Ebron*
Diana S. Ebron, Esq. (NV Bar 10580)
Jacqueline Gilbert, Esq. (NV Bar 10593)
Karen L. Hanks, Esq. (NV Bar 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorney for Defendant,
SFR Investments Pool 1, LLC*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: September 29, 2017

4816-6102-8433

1  Respectfully submitted,

2      SNELL & WILMER L.L.P.

3  By: */s/ Adam Tully*
    Robin E. Perkins, Esq. (NV Bar No. 9891)
    Adam Tully, Esq. (NV Bar No. 13601)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

    *Attorneys for U.S. Bank National Association*

4816-6102-8433

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 28, 2017

*/s/ Maricris Williams*
An Employee of SNELL & WILMER L.L.P.

- 4 -

4816-6102-8433