1  Robin E. Perkins, Esq. (NV Bar No. 9891)
   Tanya N. Lewis, Esq. (NV Bar No. 8855)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: rperkins@swlaw.com
5          tlewis@swlaw.com

6  *Attorneys for Plaintiff U.S. Bank National Association*

7

8                **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

11  U.S. BANK NATIONAL ASSOCIATION, as
    Trustee for Credit Suisse First Boston          Case No. 2:17-cv-01485-JCM-PAL
12  Mortgage Securities Corp., CSFB Mortgage
    Pass-Thru Certificates, Series 2005-5;

13
                    Plaintiffs,                      **STIPULATION AND [PROPOSED]**
14                                                   **ORDER EXTENDING TIME TO FILE**
    vs.                                              **RESPONSE TO SFR INVESTMENT**
15                                                   **POOL 1, LLC'S COUNTER CLAIM**
    SFR INVESTMENTS POOL 1, LLC, a                   **AND CROSS CLAIM**
16  Nevada limited-liability company;
    SOUTHERN HIGHLANDS COMMUNITY                     **(FIRST REQUEST)**
17  ASSOCIATION, a Nevada non-profit
    corporation; ALESSI & KOENIG, LLC, a
18  Nevada limited-liability company;

19                  Defendants.

20

21         Plaintiff U.S. Bank National Association and Defendant SFR Investments Pool 1, LLC

22  ("SFR"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and

23  agree to extend the time for Plaintiff to respond to SFR's Counterclaim and Cross-Claim pursuant

24  to FRCP 12(b)(6) [ECF Doc. 34] ("Claims"). The Counterclaim and Cross-Claim was filed

25  March 26, 2018. This is the first request for an extension of time to respond to the Claims. The

26  original deadline for responses to the Claims is April 16, 2018. The Parties agree to extend the

27  deadline to April 30, 2018.

28

4840-7008-0354

WHEREAS, Plaintiff requires a short extension of time to review the Claims and related documents and evaluate the arguments therein;

WHEREAS, Plaintiff requested, and SFR agreed, to extend the time for Plaintiff to respond to the Claims; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1.    Plaintiff shall have until April 30, 2018 to respond to the Claims.


Dated:  April 13, 2018

SNELL & WILMER L.L.P.


By: */s/ Tanya N. Lewis*
    Robin E. Perkins, Esq. (NV Bar No. 9891)
    Tanya N. Lewis, Esq. (NV Bar No. 8855)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    Telephone:  (702) 784-5200
    Facsimile:  (702) 784-5252

*Attorneys for U.S. Bank National Association*

Dated:  April 13, 2018

KIM GILBERT EBRON


By: */s/ Diana S. Ebron*
    Diana S. Ebron, Esq. (NV Bar 10580)
    Jacqueline Gilbert, Esq. (NV Bar 10593)
    Karen L. Hanks, Esq. (NV Bar 9578)
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139-5974
    Telephone: (702) 485-3300
    Facsimile: (702) 485-3301

*Attorney for Defendant,
SFR Investments Pool 1, LLC*


**ORDER**

IT IS SO ORDERED:


UNITED STATES MAGISTRATE JUDGE

DATED: April 16, 2018

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4840-7008-0354

Respectfully submitted,

       SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
       Robin E. Perkins, Esq. (NV Bar No. 9891)
       Tanya N. Lewis, Esq. (NV Bar No. 8855)
       3883 Howard Hughes Parkway, Suite 1100
       Las Vegas, NV 89169

       *Attorneys for U.S. Bank National Association*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

3  Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

4  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5      DATED: April 13, 2018

6                                      */s/ Nissa Riley*
7                                      An Employee of SNELL & WILMER L.L.P.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4840-7008-0354