Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5; <br><br> Plaintiffs, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company; <br><br> Defendants. | Case No. 2:17-cv-01485-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATIONS' MOTION FOR JUDGMENT ON THE PLEADINGS (SECOND REQUEST)** |

Plaintiff U.S. Bank National Association and Defendant Southern Highlands Community Association ("HOA"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiff to respond to the HOA's Motion for Judgment on the Pleadings [ECF Doc. 38] ("Motion"). The Motion was filed April 10, 2018. This is the second request for an extension of time to respond to the Motion. The existing deadline for responses to the Motion is May 14, 2018. The Parties agree to extend the deadline to May 29, 2018.

WHEREAS, good cause for the extension exists, because Plaintiff requires a short extension of time to review the Motion and related documents and evaluate the arguments therein, and the Parties are also discussing a potential settlement;

WHEREAS, Plaintiff requested, and HOA agreed, to extend the time for Plaintiff to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiff shall have until May 29, 2018 to file its Response to the Motion.
2. HOA shall have until June 26, 2018 to file a Reply in support of that Motion.

Dated: May 8, 2018

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for U.S. Bank National Association*

Dated: May 8, 2018

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Alex P. Williams*
Kurt Bonds (NV Bar No. 6228)
Alex P. Williams, Esq. (NV Bar No. 14644)
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Tel: (702) 384-6000
*(e-signed with permission)*

*Attorneys for Southern Highlands Community Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: May 8, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: May 8, 2018

*/s/ Nissa Riley*
An Employee of SNELL & WILMER L.L.P.

4832-9388-4773

- 3 -