1  Robin E. Perkins, Esq. (NV Bar No. 9891)
   Tanya N. Lewis, Esq. (NV Bar No. 8855)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: rperkins@swlaw.com
5         tlewis@swlaw.com

6  *Attorneys for Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5;<br><br>Plaintiffs,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01485-JCM-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO SFR INVESTMENT POOL 1, LLC'S COUNTER CLAIM AND CROSS CLAIM**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSFB MORTGAGE PASS-THRU CERTIFICATES, SERIES 2005-5; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR SILVER STATE FINANCIAL SERVICES, INC., DBA SILVER STATE MORTGAGE; SAM HADDAD, an individual; KRISTINA HADDAD, an individual.<br><br>Counter/Cross Defendants. | |

Counter Defendant Mortgage Electronic Systems, Inc. ("MERS") and Defendant/Counter/Cross Claimant SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for MERS to respond to SFR's Counterclaim and Cross-Claim pursuant to FRCP 12(b)(6) [ECF Doc. 34] ("Claims"). The Counterclaim and Cross-Claim was filed March 26, 2018. This is the first request for an extension of time to respond to the Claims. The original deadline for responses to the Claims is May 15, 2018. The Parties agree to extend the deadline to May 31, 2018.

WHEREAS, Counter Defendant requires a short extension of time to review the Claims and related documents and evaluate the arguments therein;

WHEREAS, Counter Defendant requested, and SFR agreed, to extend the time for Plaintiff to respond to the Claims; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. MERS shall have until May 31, 2018 to respond to the Claims.

Dated: May 9 , 2018

Dated: May 9, 2018

SNELL & WILMER L.L.P.

KIM GILBERT EBRON

By: */s/ Tanya N. Lewis*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for Mortgage Electronic Systems Inc.*

By: */s/ Diana S. Ebron*
Diana S. Ebron, Esq. (NV Bar 10580)
Jacqueline Gilbert, Esq. (NV Bar 10593)
Karen L. Hanks, Esq. (NV Bar 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorney for Defendant,
SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: May 14, 2018

1  Respectfully submitted,

2      SNELL & WILMER L.L.P.

3  By: */s/ Tanya N. Lewis*
    Robin E. Perkins, Esq. (NV Bar No. 9891)
4      Tanya N. Lewis, Esq. (NV Bar No. 8855)
    3883 Howard Hughes Parkway, Suite 1100
5      Las Vegas, NV 89169

    *Attorneys for Mortgage Electronic Systems Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: May 9, 2018

*/s/Nissa Riley*
An Employee of SNELL & WILMER L.L.P.