1  Robin E. Perkins, Esq. (NV Bar No. 9891)
   Tanya N. Lewis, Esq. (NV Bar No. 8855)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: rperkins@swlaw.com
5         tlewis@swlaw.com

6  *Attorneys for Plaintiff U.S. Bank National Association*

7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10

11  U.S. BANK NATIONAL ASSOCIATION, as
    Trustee for Credit Suisse First Boston          Case No. 2:17-cv-01485-JCM-PAL
12  Mortgage Securities Corp., CSFB Mortgage
    Pass-Thru Certificates, Series 2005-5;
13
                Plaintiffs,                          **STIPULATION AND ORDER TO
14                                                   EXTEND TIME FOR PLAINTIFF TO
    vs.                                              FILE ITS RESPONSE TO SOUTHERN
15                                                   HIGHLANDS COMMUNITY
    SFR INVESTMENTS POOL 1, LLC, a                   ASSOCIATIONS' MOTION FOR
16  Nevada limited-liability company;                JUDGMENT ON THE PLEADINGS
    SOUTHERN HIGHLANDS COMMUNITY                     (THIRD REQUEST)**
17  ASSOCIATION, a Nevada non-profit
    corporation; ALESSI & KOENIG, LLC, a
18  Nevada limited-liability company;

19              Defendants.

20

21          Plaintiff U.S. Bank National Association and Defendant Southern Highlands Community

22  Association ("HOA"), by and through their respective counsel (collectively the "Parties"), hereby

23  stipulate and agree to extend the time for Plaintiff to respond to the HOA's Motion for Judgment

24  on the Pleadings [ECF Doc. 38] ("Motion"). The Motion was filed April 10, 2018. This is the

25  third request for an extension of time to respond to the Motion. The original deadline for

26  responses to the Motion was April 16, 2018. The Parties agree to extend the deadline to June 12,

27  2018.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, good cause for the extension exists, because Plaintiff requires a short extension of time to review the Motion and related documents and evaluate the arguments therein, and the Parties are also discussing a potential settlement;

WHEREAS, Plaintiff requested, and HOA agreed, to extend the time for Plaintiff to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiff shall have until June 12, 2018 to file its Response to the Motion.

2. HOA shall have until July 6, 2018 to file a Reply in support of that Motion.

Dated: May 29, 2018

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

*Attorneys for U.S. Bank National Association*

Dated: May 29, 2018

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: */s/ Alex P. Williams*
Kurt Bonds (NV Bar No. 6228)
Alex P. Williams, Esq. (NV Bar No. 14644)
6605 Grand Montecito Parkway, Ste. 200
Las Vegas, NV 89149
Tel: (702) 384-6000
*(e-signed with permission)*

*Attorneys for Southern Highlands Community Association*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:___May 30, 2018_____

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: May 29, 2018

*/s/ Nissa Riley*
An Employee of SNELL & WILMER L.L.P.

4851-1931-9399

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200