Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:17-cv-01485-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION** |
| AND ALL RELATED ACTIONS | |

U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 ("U.S. Bank"), Southern Highlands Community Association (the "HOA"), and SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to dismiss U.S. Bank's claims against the HOA only, as follows:

1. U.S. Bank's claim for wrongful foreclosure shall be dismissed as to the HOA only, with prejudice;

- 1 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

2. U.S. Bank's claim for violation of NRS 116.1113 shall be dismissed as to the HOA only, with prejudice; and

3. U.S. Bank's claims for quiet title/declaratory relief shall be dismissed as to the HOA only, without prejudice.

Dated this 12th day of June, 2018

SNELL & WILMER L.L.P.

*/s/ Robin E. Perkins*
Robin E. Perkins, Esq.(NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff U.S. Bank National Association*

Dated this 12th day of June, 2018

ALVERSON, TAYLOR, MORTENSEN & SANDERS

*/s/ Alexander P. Williams*
Kurt R. Bonds, Esq. (NV Bar 6228)
Alexander P. Williams, Esq. (NV Bar No. 14644)
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorneys for Defendant Southern Highlands Community Association*

Dated this ___ day of June, 2018

KIM GILBERT EBRON

*/s/ Non-responsive*
Diana S. Ebron, Esq. (NV Bar 10580)
Jacqueline A. Gilbert, Esq. (NV Bar 10593)
Karen L. Hanks, Esq. (NV Bar 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

DATED: June 14, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, I electronically transmitted the foregoing **STIPULATION AND ORDER TO DISMISS SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Maricris Williams*
An employee of SNELL & WILMER L.L.P.

4830-6447-9591