Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:17-cv-01485-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>**(FOURTH REQUEST)** |
| AND ALL RELATED ACTIONS | |

<u>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**</u>

<u>**AND BRIEFING SCHEDULE**</u>

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and SFR Investments Pool 1, LLC ("SFR") (collectively, the "Stipulating Parties"), by and through their respective undersigned counsel of record, submit

- 1 -

this Stipulation and Proposed Order to extend the dispositive motion briefing deadlines in this action. This is the Stipulating Parties' fourth request for extension of dispositive motion deadlines[1].

The parties filed their Motions for Summary Judgment on October 12, 2018, per the operative deadlines. This is the first request for an extension to file the Oppositions. The current deadline to file Responses is November 9, 2018 and the Stipulating Parties are seeking a twelve day extension, until November 21, 2018. The Stipulating Parties also seek a one week extension of the Reply deadline. The current deadline is December 14, 2018; the parties seek an extension to December 21, 2018.

This request to extend the deadlines is made in good faith, and is not for purpose of delay or prejudice to any party, but to allow all parties to have enough time to fully brief their dispositive motions. Pursuant to LR 26-4, good cause exists to grant this request within 21 days of the Response deadline, as the parties only recently became aware within the last week that a brief period of additional time would be needed to complete the Responses.

The requested extension will not result in undue delay or prejudice to any party, as the parties previously stated in their Joint Interim Status Report [Docket No. 33] that their earliest available date for trial for this matter is April 29, 2019.

///
///
///
///
///
///
///
///

---

[1] The first request to extend the dispositive motion deadline was contained in the stipulation and order to extend discovery [Docket No. 36], entered by this Court on April 3, 2018, and the second request to extend was entered as an order of this Court on June 12, 2018 [Docket No. 62]. The third request to extend was entered as an order of this Court on August 17, 2018 [Docket No. 68].

///

A. **Proposed Schedule for Dispositive Motions**

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Dispositive motions | October 12, 2018 | Closed |
| Response to dispositive motions | November 9, 2018 | November 21, 2018 |
| Reply brief in support of dispositive motion | December 14, 2018 | December 21, 2018 |
| Pre-trial order and FRCP 26(a)(3) disclosures | November 9, 2018, or 30 days after decision on any dispositive motion, whichever is later. | 30 days after decision on the dispositive motions. |

Dated this 7th day of November, 2018

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Robin E. Perkins, Esq.(NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff U.S. Bank National Association*

Dated this 7th day of November, 2018

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq. (NV Bar 10580)
Jacqueline A. Gilbert, Esq. (NV Bar 10593)
Karen L. Hanks, Esq. (NV Bar 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
(*signature affixed with permission*)
*Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: November 8, 2018

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: November 7, 2018

*/s/ Susan Ballif*
An employee of SNELL & WILMER L.L.P.

4815-1142-5402