Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff*
*U.S. Bank National Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-01485-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>**(FIFTH REQUEST)** |

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**

**AND BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and SFR Investments Pool 1, LLC ("SFR") (collectively,

- 1 -

1  the "Stipulating Parties"), by and through their respective undersigned counsel of record, submit
2  this Stipulation and Proposed Order to extend the dispositive motion briefing deadlines in this
3  action.  This is the Stipulating Parties' fifth request for extension of dispositive motion deadlines,
4  but only the second request to extend since the filing of the dispositive motions[1].

The parties filed their Motions for Summary Judgment on October 12, 2018, and filed their respective Responses on or before November 21, 2018, per the operative deadlines. The current deadline to file the Reply briefs is December 21, 2018; the parties seek an extension to January 18, 2019. The parties are now actively engaging in settlement discussions; both parties have made settlement offers and are negotiating.

This request to extend the deadlines is made in good faith, and is not for purpose of delay or prejudice to any party, but to allow all parties to have enough time to fully brief their dispositive motions and also focus significant efforts on a possible settlement. Pursuant to LR 26-4, good cause exists to grant this request within 21 days of the Reply deadline, as the parties only recently began case resolution discussions this week and are in active negotiations now.

The requested extension will not result in undue delay or prejudice to any party, as the parties previously stated in their Joint Interim Status Report [Docket No. 33] that their earliest available date for trial for this matter is April 29, 2019.

///
///
///
///
///
///
///

---

[1] The first request to extend the dispositive motion deadline was contained in the stipulation and order to extend discovery [Docket No. 36], entered by this Court on April 3, 2018, and the second request to extend was entered as an order of this Court on June 12, 2018 [Docket No. 62]. The third request to extend was entered as an order of this Court on August 17, 2018 [Docket No. 68]. The fourth request to extend was entered as an order of this Court on November 8, 2018 [Docket No. 72.]

A. **Proposed Schedule for Dispositive Motions**

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Dispositive motions | October 12, 2018 | Closed |
| Response to dispositive motions | November 21, 2018 | Closed |
| Reply brief in support of dispositive motion | December 21, 2018 | January 18, 2019 |
| Pre-trial order and FRCP 26(a)(3) disclosures | 30 days after decision on any dispositive motion. | 30 days after decision on the dispositive motions. |

Dated this 6th day of December, 2018        Dated this 6th day of December, 2018

SNELL & WILMER L.L.P.                        KIM GILBERT EBRON

*/s/ Tanya N. Lewis*                         */s/ Diana S. Ebron*
Robin E. Perkins, Esq.(NV Bar No. 9891)      Diana S. Ebron, Esq. (NV Bar 10580)
Tanya N. Lewis, Esq. (NV Bar No. 8855)       Jacqueline A. Gilbert, Esq. (NV Bar 10593)
3883 Howard Hughes Parkway, Suite 1100       Karen L. Hanks, Esq. (NV Bar 9578)
Las Vegas, NV 89169                          7625 Dean Martin Drive, Suite 110
*Attorneys for Plaintiff U.S. Bank           Las Vegas, Nevada 89139-5974
National Association*                        (*signature affixed with permission*)

                                             *Attorneys for Defendant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2018

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: December 6, 2018

*/s/ Susan Ballif*
An employee of SNELL & WILMER L.L.P.

4829-5943-6930