Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff*
*U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company, <br><br> Defendants. | Case No. 2:17-cv-01485-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| AND ALL RELATED ACTIONS | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and SFR Investments Pool 1, LLC ("SFR") (collectively, the "Stipulating Parties"), by and through their respective undersigned counsel of record, submit

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200

1  this Stipulation and Proposed Order to extend MERS's briefing deadlines in this action.  This is

2  the Stipulating Parties' first request for extension of MERS's briefing deadline[1].

3      MERS filed its counter-motion for summary judgment on November 20, 2018.  SFR filed

4  a response to the counter-motion on December 11, 2018. The current deadline for MERS to file

5  the reply brief is December 25, 2018; the parties request an extension from this Court to January

6  18, 2019.  The parties are now actively engaging in settlement discussions; both parties have

7  made settlement offers and are negotiating.

8      This request to extend the deadline is made in good faith, and is not for purpose of delay

9  or prejudice to any party, but to allow all parties to have enough time to fully brief their

10  dispositive motions and also focus significant efforts on a possible settlement.  Pursuant to LR 26-

11  4, good cause exists to grant this request within 21 days of the response deadline, as the parties

12  only recently began case resolution discussions, and are in active negotiations now.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24

25  [1] The first request to extend the dispositive motion deadline was contained in the stipulation and order to extend discovery [Docket No. 36], entered by this Court on April 3, 2018, and the second

26  request to extend was entered as an order of this Court on June 12, 2018 [Docket No. 62].  The third request to extend was entered as an order of this Court on August 17, 2018 [Docket No. 68].

27  The fourth request to extend was entered as an order of this Court on November 8, 2018 [Docket No. 72.]  The fifth request to extend was entered as an order of this Court on December 13, 2018

28  [Docket No. 80]. The reply deadline for the previously-filed dispositive motions is January 18, 2019.

The requested extension will not result in undue delay or prejudice to any party, as the parties previously stated in their Joint Interim Status Report [Docket No. 33] that their earliest available date for trial for this matter is April 29, 2019.

Dated this 21th day of December, 2018

SNELL & WILMER L.L.P.

/s/ Tanya N. Lewis
Robin E. Perkins, Esq.(NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff U.S. Bank*
*National Association*

Dated this 21th day of December, 2018

KIM GILBERT EBRON

/s/ Diana S. Ebron
Diana S. Ebron, Esq. (NV Bar 10580)
Jacqueline A. Gilbert, Esq. (NV Bar 10593)
Karen L. Hanks, Esq. (NV Bar 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
(*signature affixed with permission*)

*Attorneys for Defendant SFR Investments*
*Pool 1, LLC*

**ORDER**

IT IS SO ORDERED:

_____

DATED: December 21, 2018 _____

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: December 21, 2018

_/s/ Susan Ballif_
An employee of SNELL & WILMER L.L.P.

4816-6634-9956.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200