Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
      tlewis@swlaw.com

*Attorneys for Plaintiff*
*U.S. Bank National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company,<br><br>    Defendants.<br><br>AND ALL RELATED ACTIONS | Case No. 2:17-cv-01485-JCM-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SFR INVESTMENTS POOL 1, LLC** |

      Plaintiff U.S. Bank, N.A., as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage Pass-Thru Certificates, Series 2005-5 ("U.S. Bank"), and Defendant SFR Investment Pool 1 LLC ("SFR") (collectively referred to as "the Settling Parties") have reached an agreement in principle to resolve their mutual claims in the above-captioned matter.

/ / /

/ / /

Further, the Settling Parties anticipate filing documents dismissing this case within sixty to ninety (60-90) days. U.S. Bank requests that this Court set a deadline for 90 days for the parties to file settlement documents or a Joint Status Report on settlement.

Dated: February 11, 2019                     SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
Robin E. Perkins, Esq. (NV Bar No. 9891)
Tanya N. Lewis (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff U.S. Bank National Association*

**IT IS ORDERED** that the settling parties shall have until **May 1, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 13, 2019

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SFR INVESTMENT POOL 1, LLC** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: February 11, 2019.

                                          */s/ Susan Ballif*
                                          An employee of SNELL & WILMER L.L.P.

4813-1723-3800